■ JOHN A. RUSSO, Respondent, v THOMAS ROTANELLI et al., Appellants. [647 NYS2d 647] —Appeal unanimously dismissed without costs (*see, Marasco v Kaplan*, 177 AD2d 933). (Appeal from Order of Supreme Court, Erie County, Notaro, J.— Dismiss Causes of Action.) Present—Denman, P. J., Green, Wesley, Balio and Davis, JJ.